U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE

NOTE: In order to appear before this Court an standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

07cv6160
JUDGE LEFKOW
MAG. JUDGE SCHENKIER

In the Matter of                                  Case Number:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs),
v.
Linck Aggregates, Inc., a Wisconsin corporation, (Defendant).

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

**FILED**
OCT. 31, 2007
OCT 3 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Cathy L. Rath | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Cathy L. Rath | |
| FIRM<br>Central States Law Department | |
| STREET ADDRESS<br>9377 W. Higgins Road, 10th Floor | |
| CITY/STATE/ZIP<br>Rosemont, IL 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06275744 | TELEPHONE NUMBER<br>(847) 518-9800, Ext. 2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |