## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an [attorney must either be a member in good] standing of this Court's general bar or be grante[d leave to appear pro hac vice as provided for] by Local Rules 83.12 through 83.14.

07cv6160
JUDGE LEFKOW
MAG. JUDGE SCHENKIER

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund,
and Howard McDougall, Trustee, (Plaintiffs),
v.
Linck Aggregates, Inc., a Wisconsin corporation, (Defendant).

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

FILED
OCT. 31, 2007
OCT 31 2007

| NAME (Type or print) | MICHAEL W. DOBBINS |
| --- | --- |
| Rebecca K. McMahon | CLERK, U.S. DISTRICT COURT |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Rebecca K. McMahon |

| FIRM |
| --- |
| Central States Law Department |

| STREET ADDRESS |
| --- |
| 9377 W. Higgins Road, 10th Floor |

| CITY/STATE/ZIP |
| --- |
| Rosemont, IL 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06290192 | (847) 518-9800, Ext. 3441 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐