AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs),

V.

Linck Aggregates, Inc., a Wisconsin corporation, (Defendant).

CASE NUMBER: 07C 6160

ASSIGNED JUDGE: JUDGE JOAN H. LEFKOW

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Linck Aggregates, Inc.
c/o Letty J. Myers, Registered Agent
W8009 Highway 33 E
Beaver Dam, WI 53916

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cathy L. Rath
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 31 2007

DATE

STATE OF WISCONSIN )
) SS
COUNTY OF DODGE )

CERTIFICATE OF SERVICE ON CORPORATION

I hereby certify that on November 9, 2007 at W8009 Hy 33 East, Beaver Dam, WI 53916 said County of Dodge I duly served the Summons And Complaint for Docket Number 07C6160 on the within person Letty Myers by serving upon Letty Myers apparently in charge, in the office of Linck Aggregates Inc. I also certify, that at the time of service I endorsed my name, official title and date of service thereon.

Dated: November 19, 2007

Todd M. Nehls
Dodge County Sheriff

Per: [signature] #236
Steven Moul
Civil Process Server

Service: $35.00
Mileage Fees: $10.00
Postage: $

547200