IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CENTRAL STATES, SOUTHEAST
AND SOUTHWEST AREAS
PENSION FUND, AND HOWARD
MCDOUGALL, TRUSTEE,

    Plaintiff,

v.

LINCK AGGREGATES, INC., a
Wisconsin corporation

    Defendant.

Case No. 07-C-6160

KC FILED
NOV 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION AND AGREED UPON MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

To:    Cathy L. Rath
       Central States Law Department
       9377 W. Higgins Road, 10th Floor
       Rosemont, IL  60018
       Attorney for Plaintiff

    NOW COMES the Defendant, Linck Aggregates, Inc., and requests the court for an extension of time of thirty (30) days, up to an including December 27, 2007, in which to file an answer in the above-captioned matter. Counsel for Plaintiff has agreed to this extension of time for the parties to explore resolution of the case.

    Respectfully submitted this _26th_ day of November, 2007.

                                                  _/s/ Douglas E. Witte_
                                                Douglas E. Witte
                                                Wisconsin State Bar No. 1016427
                                                MELLI, WALKER, PEASE & RUHLY, S.C.
                                                Ten East Doty, Suite 900
                                                P. O. Box 1664
                                                Madison, WI  53701-1664
                                                Telephone:   (608) 257-4812
                                                Telefacsimile:  (608) 258-7470
                                                dougwitte@melliwalker.com
                                                Attorneys for Defendant Linck Aggregates, Inc.