IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07 C 6160 |
| LINCK AGGREGATES, INC., a Wisconsin corporation, | ) ) ) ) | Judge Joan H. Lefkow |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Douglas E. Witte
     Melli, Walker, Pease & Ruhly, S.C.
     Ten East Doty, Suite 900
     P.O. Box 1664
     Madison, WI 53701

PLEASE TAKE NOTICE that on Tuesday, January 15, 2008, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Joan H. Lefkow, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in her stead, and present the attached Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

/s/ Cathy L. Rath
Cathy L. Rath (ARDC # 62725744)
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 2343

January 7, 2008

F:249092 / 07419250 / 1/7/08

## CERTIFICATE OF SERVICE

    I, Cathy L. Rath, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on January 7, 2008, I caused the foregoing Notice of Motion to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

    /s/ Cathy L. Rath
    Cathy L. Rath
    One of Central States' Attorneys