**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Central States, Southeast and Southwest Areas Pension
Fund, et al.

|                   | Plaintiff,  |                                  |
|-------------------|-------------|----------------------------------|
| v.                |             | Case No.:                        |
|                   |             | 1:07−cv−06160                    |
|                   |             | Honorable Joan H.                |
|                   |             | Lefkow                           |
| Linck Agreegates, Inc. |        |                                  |
|                   | Defendant.  |                                  |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

     MINUTE entry before Judge Joan H. Lefkow :Status hearing held on 1/8/2008.
Response to plaintiffs' motion for summary judgment [15] due by 2/5/2008; reply due by
2/19/2008. Ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.