U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07-C-6160

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee, Plaintiffs
v.
Linck Aggregates, Inc., a Wisconsin corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Linck Aggregates, Inc.

| | |
|---|---|
| **NAME (Type or print)** <br> Allison Willard | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Allison Willard | |
| **FIRM** <br> Morgan Lewis & Bockius LLP | |
| **STREET ADDRESS** <br> 77 West Wacker | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6276174 | **TELEPHONE NUMBER** <br> 312-324-1183 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |