

# MELLI WALKER
MELLI, WALKER, PEASE & RUHLY, S.C.

JACK D. WALKER
JAMES K. PEASE, JR.
JAMES K. RUHLY
THOMAS R. CRONE
PHILIP J. BRADBURY
SUSAN C. SHEERAN
DOUGLAS E. WITTE
DEVON R. BAUMBACH
JENIFER L. KRAEMER
CHARITY A. MCCARTHY
MICHAEL P. GALLAGHER
MOLLY K. BUSHMAN

ATTORNEYS AT LAW

TEN EAST DOTY · SUITE 900 · P.O. BOX 1664
MADISON, WISCONSIN 53701-1664

SENDER'S E-MAIL ADDRESS: dougwitte@melliwalker.com

JOSEPH A. MELLI
OF COUNSEL

TELEPHONE (608) 257-4812
FAX (608) 258-7470

April 9, 2008

ELECTRONIC FILING
Judge Joan Humphrey Lefkow
United States District Court
Northern District of Illinois
Courtroom 1925/Chambers 1956
219 South Dearborn Street
Chicago, IL 60604

Re: *Central States, Southeast and Southwest Areas Pension Fund, et al. v. Linck Aggregates, Inc.*
Case No. 07-CV-6160

Dear Judge Lefkow:

This letter is in response to the court's Order entered on April 8, 2008.

Linck Aggregates has not filed a response to the Motion for Summary Judgment and will not be doing so because the parties have been engaged in settlement discussions. In addition, Linck Aggregates hereby withdraws its Answer in the referenced matter. Linck Aggregates understands the court will likely enter judgment on behalf of the Plaintiffs as a result of these actions.

In light of the withdrawal of Answer on behalf of Linck Aggregates, Inc., Linck Aggregates does not intend to attend the status hearing set for April 15, 2008 at 9:30 a.m.

If the court has any questions, please contact me.

Very truly yours,

Douglas E. Witte

DEW/lgs

cc: Cathy L. Rath, Esq.
    Linck Aggregates, Inc.