IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>    Plaintiffs,<br><br>v.<br><br>LINCK AGGREGATES, INC.,<br>a Wisconsin corporation,<br><br>    Defendant. | Case No. 07 C 6160<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Schenkier |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, the Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, and Defendant Linck Aggregates, Inc., a Wisconsin corporation, stipulate to the dismissal of this litigation with prejudice, each side to pay its own attorneys' fees and costs.

Respectfully submitted,

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREA PENSION FUND

By: /s/ Cathy L. Rath
    Cathy L. Rath
    9377 West Higgins Road
    Rosemont, IL 60018
    (847) 518-9800, extension 2343
    One of Plaintiffs' Attorneys

Respectfully submitted,

LINCK AGGREGATES, INC.

By: /s/ Douglas E. Witte
    Douglas E. Witte
    Melli Law
    Ten East Doty
    Suite 900
    Madison, WI 53701
    (608) 257-4812
    One of Defendant's attorneys

F:265566 / 07419250 / 8/5/08

## CERTIFICATE OF SERVICE

I, Cathy L. Rath, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on August 5th, 2008, I caused the foregoing Stipulation of Dismissal to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

          /s/ Cathy L. Rath
Cathy L. Rath
One of Central States' Attorneys