UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Central States, Southeast and Southwest Areas Pension Fund, et al.
                                        Plaintiff,

v.                                      Case No.: 1:07−cv−06160
                                        Honorable Joan H. Lefkow

Linck Agreegates, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

MINUTE entry before the Honorable Joan H. Lefkow:Status hearing stricken. Pursuant to Stipulation of Dismissal [28], case dismissed with prejudice, each side to pay its own attorneys' fees and costs. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.